UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| SAMI KALEVA KIVINEN,<br>Petitioner | CIVIL ACTION NO. 1:20-CV-347-P |
| VERSUS | JUDGE DRELL |
| WILLIAM P. BARR, *ET AL.*,<br>Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 12) and after a *de novo* review of the record including the Objections filed by Petitioner (ECF No. 13), and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF Nos. 1, 7) is hereby DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 15th day of June, 2020.

DEE. D. DRELL
UNITED STATES DISTRICT JUDGE